**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONA PARTNERS LLC, et al.,

    Plaintiff(s),

No. C 05-5369 PJH

    v.

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

TENET CAPITAL PARTNERS CONVERTIBLE OPPORTUNITIES FUND LP, et al.,

    Defendants.
_____/

Plaintiffs' request for leave to file an amended complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: February 10, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge