UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONA PARTNERS, LLC, et al.,

    Plaintiffs,

    v.

TENET CAPITAL PARTNERS
CONVERTIBLE OPPORTUNITIES
FUND LP, et al.,

    Defendants.
_____/

No. C 05-5369 PJH

**JUDGMENT**

This matter having been heard and decided, and the court having dismissed defendants Tenet Capital Partners Convertible Opportunities Fund, LP; Tenet Asset Management, LLC; and Jon E. Hankins pursuant to Federal Rule of Civil Procedure 4(m); and the court having dismissed the federal claim asserted against defendant Olympia Capital Associates, LP, and having declined jurisdiction over the state law claims,

    It is Ordered and Adjudged

    that plaintiffs take nothing, and that the action be dismissed.

Dated: September 18, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge